**DISMISS and Opinion Filed February 8, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00918-CV

### VERNON JACKSON, Appellant
### V.
### ESA MANAGEMENT LLC, AND EXTEND STAY AMERICA DALLAS MARKET CENTER, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04036-E**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 12, 2023. By postcard dated January 17, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220918F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VERNON JACKSON, Appellant

No. 05-22-00918-CV      V.

ESA MANAGEMENT LLC, AND
EXTEND STAY AMERICA,
DALLAS MARKET CENTER,
Appellees

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-04036-
E.

Opinion delivered by Justice
Reichek. Justices Nowell and Garcia
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 8th day of February 2023.